1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KEITH PARKS, an individual, | CASE NO. 11-cv-6037-SJO(FMOx) |
|---|---|
| Plaintiff, | **ORDER COMPELLING ARBITRATION AND STAYING PROCEEDINGS PENDING COMPLETION OF ARBITRATION PURSUANT TO JOINT STIPULATION** |
| vs. | |
| BCI COCA-COLA BOTTLING CO., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendant. | |
| | **Judge:**     Hon. S. James Otero |

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

32539989.2

**[PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING PROCEEDINGS
PENDING COMPLETION OF ARBITRATION PURSUANT TO JOINT STIPULATION**

# ORDER

Having reviewed and considered the Joint Stipulation for Entry of Order Compelling Arbitration And Staying Proceedings Pending Completion Of Arbitration entered into by and between Plaintiff Keith Parks ("Plaintiff") and Defendant BCI Coca-Cola Bottling Company of Los Angeles ("CCBC") (the "Stipulation"), and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Stipulation shall be and hereby is APPROVED.

2. The parties shall be and hereby are ORDERED to proceed to final and binding arbitration on Plaintiff's claims alleged in his Complaint on file in this action pursuant to the terms of Plaintiff's two Coca-Cola Enterprises Bottling Companies Arbitration Agreements (which are attached to the Stipulation as Exhibits A and B, respectively) and the American Arbitration Association's current Employment Arbitration Rules.

3. This action and all further judicial proceedings herein shall be and hereby are STAYED in their entirety pending the completion of the arbitration proceedings.

4. The parties shall file a joint status report regarding arbitration by February 1, 2012.

Dated: __7/29/11_____                    _S. James Otero_____

The Honorable S. James Otero
U.S. District Court Judge

32539989.2

**[PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING PROCEEDINGS
PENDING COMPLETION OF ARBITRATION PURSUANT TO JOINT STIPULATION**