JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PARKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BCI COCA-COLA BOTTLING CO., a Delaware corporation, and DOES 1 thought 50, inclusive,<br><br>Defendant. | CASE NO. :11-cv-6037-SJO(FMOx)<br><br>[AAA Case No. 72 160 01225 11 TAFL, Assigned To Arbitrator Eric M. Epstein, Esq.]<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

42251071.1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

WHEREAS, a Joint Stipulation of Dismissal of Entire Action was submitted by submitted by Plaintiff KEITH PARKS ("Plaintiff") and Defendant BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES (erroneously named As "BCI COCA-COLA BOTTLING CO.") (collectively, the "Parties");

WHEREAS, the Parties have resolved their claims in this action;

Based upon the foregoing, IT IS HEREBY ORDERED that the above-captioned action hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees, except as the Parties have otherwise agreed in writing.

**IT IS SO ORDERED.**

DATE:__October 04, 2012_____

*[signature: S. James Otero]*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE